IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, *et al.*, | CIVIL ACTION |
| Plaintiffs, | NO. 10 C 7101 |
| vs. | JUDGE JOAN H. LEFKOW |
| | MAGISTRATE MARIA VALDEZ |
| CUBA TROPICAL CORPORATION, a New Jersey corporation, d/b/a CUBA TROPICAL, INC., | |
| Defendant. | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, CUBA TROPICAL CORPORATION, a New Jersey corporation, d/b/a CUBA TROPICAL, INC., in the total amount of $71,708.32, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,073.75.

On November 22, 2010, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Jesus Rivas) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on December 13, 2010. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Laura M. Finnegan

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 4th day of January 2011:

                      Mr. Ricardo Duarte, Registered Agent
                      Cuba Tropical Corporation
                      455 Claremont Parkway
                      Bronx, NY   10457


                                     /s/   Laura M. Finnegan


Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Cuba Tropical\motion.lmf.df.wpd